**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In the Matter of the Discipline of | ) | |
| | ) | No. 17 MC 232 |
| Alison Hope Motta, | ) | |
| | ) | (Before the Executive Committee) |
| an attorney | ) | |

**EXECUTIVE COMMITTEE ORDER**

IT APPEARING THAT on May 8, 2017, an order was entered in the matter of the Discipline of Alison Hope Motta, and

IT FURTHER APPEARING THAT case number 17 MC 220 was erroneously assigned to the matter, therefore

IT IS HEREBY ORDERED THAT case number 17 MC 220 is vacated and case number 17 MC 232 is assigned to the matter.

IT IS FURTHER ORDERED THAT all documents previously entered in this matter, and all future filings, shall be filed in case number 17 MC 232.

**ENTER:**
**FOR THE EXECUTIVE COMMITTEE**

Chief Judge

Dated at Chicago, Illinois this 11th day of May, 2017